1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DAVID J. VALENCIA, JR.,

11            Petitioner,                     No. CIV S-11-1683 EFB P

12        vs.

13    DIRECTOR OF CORRECTIONS
      AND REHABILITATION,
14
              Respondent.              ORDER
15
                                        /
16

17        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C.

18    § 2254.  Petitioner has paid the filing fee.

19        Petitioner challenges a conviction in the Tuolumne County Superior Court and so this

20    action should have been commenced in the district court in Fresno.  E.D. Cal. Local Rule 120(d).

21        Accordingly, it is hereby ordered that:

22        1.  This action is transferred to the district court in Fresno.  *See* E.D. Cal. Local Rule

23    120(f).

24        2.  The Clerk of Court shall assign a new case number.

25    ////

26    ////

1

1    3.  All future filings shall bear the new case number and shall be filed at:

2             United States District Court
             Eastern District of California
3             2500 Tulare Street
             Fresno, CA 93721

4

5    DATED:  June 27, 2011.

6                            _____
                             EDMUND F. BRENNAN
7                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2